215

BEFORE THE FIRST DIVISION, JULY 10, 1943

**No. 48542.**—Protest 811904–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Whistling balloons, rubber balloons, and noisemakers, composed in part of bamboo, at 45 percent under paragraph 409 following Abstract 40493; (2) cigarette whistles composed in part of bamboo, similar to those the subject of Abstract 39509, at 45 percent under paragraph 409; (3) metal trick daggers, not plated, at 45 percent under paragraph 397 following Abstract 37637; and (4) metal kazoos, not plated, at 45 percent under paragraph 397 following Abstracts 44122 and 32264.

BEFORE THE SECOND DIVISION, JULY 10, 1943

**No. 48543.**—Protests 51833–K, etc., of Absorbo Beer Pad Co., Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise in question consists of pulpboard the same in all material respects as that the subject of Abstract 48207.   In accordance therewith the claim at 10 percent under paragraph 1402 was sustained.

BEFORE THE SECOND DIVISION, JULY 14, 1943

**No. 48544.**—Protest 13758–K of American Straw Goods Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of Abstract 46497 the claim at 25 percent under paragraph 1504 (b) (1), was sustained.

**No. 48545.**—Protests 32385–K, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain of the items consist of hats of ramie similar to those involved in Abstract 47291.   The claim at 25 percent under paragraph 1504 (b) (1) was sustained as to this item.